UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THIERNO BAH, et al,

               Plaintiffs,

- against –                                       08 Civ. 9380 (LTS) (AJP)

SHOE MANIA, INC., et al.,

               Defendants.
----------------------------------------------------------------x
MOHAMED SALEH, et al,

               Plaintiffs,

- against –                                       09 Civ. 4016 (LTS) (AJP)

SHOE MANIA, INC., et al.,

               Defendants.
----------------------------------------------------------------x
IBRAHIMA BERTHE,

               Plaintiff,

- against –                                       09 Civ. 4107 (LTS) (AJP)

SHOE MANIA, INC., et al.,

               Defendants.
----------------------------------------------------------------x
BLAY BOAFUL, et al,

               Plaintiffs,

- against –                                       09 Civ. 7666 (LTS) (AJP)
-
SHOE MANIA, INC., et al.,

               Defendants.
----------------------------------------------------------------x

## NOTICE OF JOINT MOTION AND PROPOSED ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the annexed affidavit of Brent E. Pelton, Esq. and Mark L. Lubelsky, Esq., sworn to May 7, 2010, the exhibits annexed thereto, the accompanying joint memorandum of law in support of the parties' joint motion for preliminary approval of the settlement agreement, and all the pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Hon. Laura Taylor Swain, United States District Judge, in Courtroom 11C of the United States District Courthouse, 500 Pearl Street, New York, New York 10007-1581, on a date designated by the Court, for an order (1) granting preliminary approval of the Settlement, attached as Exhibit A to the Class Counsel Dec.; (2) provisionally certifying the proposed settlement class under Fed. R. Civ. P. 23(b)(3) in connection with the settlement process; (3) approving the Proposed Notice, attached as Exhibit B to the Class Counsel Dec. and direct its distribution; (4) approving the Verification Form, attached as Exhibit C to the Class Counsel Dec., (5) approving Plaintiffs' proposed allocation formula; (6) appointing Pelton & Associates, P.C. and Mark L. Lubelsky and Associates as Class Counsel; (7) appointing Simpluris as the administrator of the Settlement; (8) approving Enhancement award payments to the Class Representatives; (9) instructing the parties to appear for a Final Approval Hearing before the Court; and (10) for such other and further relief as the Court may deem just and proper.

DATED: May 7, 2010
        New York, New York

                PELTON & ASSOCIATES, P.C.
                *Attorneys for Plaintiffs*
                111 Broadway, Suite 901
                New York, NY 10006
                (212) 385-9700

By: _____/s/ Brent E. Pelton_____
Brent Pelton (BP-1055)


MARK L. LUBELSKY AND ASSOCIATES
*Attorneys for Plaintiffs*
123 W. 18th St.
New York, NY 10011

By: \_\_\_/s/ Mark Lubelsky_____
Mark Lubelsky, Esq. (ML-7958)


NEIL H. GREENBERG & ASSOCIATES P.C.
*Attorneys for Defendants*
900 Merchants Concourse, Suite 314
Westbury, NY 11590


By: \_\_\_/s/ Neil Greenberg_____
Neil Greenberg, Esq. (NG-1307)